UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. GOMEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>P. LOGAN, et al.,<br><br>                              Defendants. | Case No.:  17cv834-BAS-MDD<br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER** |

On July 9, 2019, the Court held a Mandatory Settlement Conference and the case settled.  (*See* ECF No. 41).  The Court understood the settlement to resolve the entire action.  (*See id.*).  However, the joint motions to dismiss did not request dismissal of the entire action.  (*See* ECF Nos. 42, 43). Accordingly, the parties are **ORDERED** to meet and confer regarding the status of the remaining Defendants—Defendants P. Logan, California Department of Corrections and Rehabilitation, and R.J. Donovan Prison— and to file an appropriate joint motion on or before **November 7, 2019**.  If the parties intended the settlement to resolve the entire action, the joint motion must indicate that the parties stipulate to dismissal of the entire action.

**IT IS SO ORDERED**.

Dated:   October 7, 2019

_____

Hon. Mitchell D. Dembin
United States Magistrate Judge

1